FORM C9B
1ECB949675 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---

PAUL CASALE, ET AL,

    PLAINTIFF
– vs. –

RAYMOND W. KELLY, COMMISSIONER OF THE NEW YORK
CITY POLICE DEP'T, ET AL,

    DEFENDANT

---

Index No: **08 CV 02173**
Date Filed: **03/04/2008**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**NARCES WHITE** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **03/13/2008** at **11:55AM** at **100 CHURCH STREET, NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND COMPLAINT JUDGES INDIVIDUALS PRACTICES** upon **CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **MADELYN SANTANA, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BLACK**
    APP. AGE: **38**    APP. HT: **5'5**    APP. WT: **130**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **03/13/2008**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

NARCES WHITE – 1270728
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP