

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAUL CASALE, et al.,
                                   **Plaintiffs,**
                      -against-                                        08-CV-2173 (SAS)
RAYMOND W. KELLY, Commissioner of the
New York City Police Department (NYPD); et al.,      **UNSEALING**
                                                                         **ORDER**

                                  **Defendants.**
------------------------------------------------------------------X

       Upon the application of the parties for leave to unseal the criminal records pertaining to individuals who were arrested and/or charged with New York Penal Law §240.35(3) from February 23, 1983 until today, the date of this Order, and/or with New York Penal Law §240.35(7) from February 17, 1988 until today, the date of this Order, and whereas the charges against said individuals have been dismissed and sealed pursuant to N.Y.C.P.L. §160.50 and/or sealed as non-criminal dispositions under §160.55, and the Court having granted such leave,

       **IT IS HEREBY ORDERED THAT THE BRONX COUNTY DISTRICT ATTORNEY'S OFFICE, THE KINGS COUNTY DISTRICT ATTORNEY'S OFFICE, THE QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE, AND THE NEW YORK CITY POLICE DEPARTMENT** provide MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, records of any criminal actions pertaining to individuals who were arrested, summonsed, and/or charged with N.Y.P.L. §240.35(3) from February 23, 1983 until today, the date of this Order, and/or N.Y.P.L. §240.35(7) from February 1988 until today, the date of this Order;

**IT IS FURTHER ORDERED** that the person designated above as a person to whom the records may be made available is not bound by the statutory sealing requirements of N.Y.C.P.L. §160.50 and/or §160.55.

**IT IS FURTHER ORDERED** that the records made available to the person designated above comprise all records and papers pertaining to the arrests, summonses, and prosecutions in the criminal actions identified herein on file with any court, police agency, prosecutor's office or city agency that were ordered to be sealed under the provisions of N.Y.C.P.L. §§ 160.50 & 106.55.

**IT IS FURTHER ORDERED** that the use of the above-referenced records is restricted to use in the above-entitled civil rights action and in accordance with the terms of the Stipulation and Protective Order dated April 24, 2008.

Dated: New York, NY
April 24, 2008

_____
HON. SHIRA A. SCHEINDLIN, U.S.D.J.