UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BROWN, *et al.*,<br>on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>      -against-<br><br>RAYMOND W. KELLY, *et al.*,<br><br>                                Defendants. | 05 Civ. 05442 (SAS) |
| PAUL CASALE AND ANTHONY GARCIA,<br>on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>      -against-<br><br>RAYMOND W. KELLY, et al.,<br><br>                                Defendants. | 08 Civ. 2173 (SAS) |

**AFFIRMATION OF KATHERINE R. ROSENFELD
IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

      KATHERINE R. ROSENFELD, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

      1.      I am a partner of the law firm Emery Celli Brinckerhoff & Abady LLP ("ECBA"), attorneys for Plaintiffs and the Class.

      2.      I am one of the attorneys of record for Plaintiffs in the above-captioned actions.

      3.      I am leaving my employment with ECBA effective August 29, 2014.

4. Matthew D. Brinckerhoff, Earl S. Ward, and Debra L. Greenberger of ECBA are also attorneys of record for Plaintiffs and the Class, and ECBA continues to represent Plaintiffs and the Class in the above-captioned actions.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs and the Class in these actions.

Dated: August 28, 2014
New York, New York

/s/ Katherine R. Rosenfeld
KATHERINE R. ROSENFELD

2